# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 07-136 consolidated with 06-1084 & 07-192


## CHAD EASTERLING, ET AL.

## VERSUS

## ROYAL MANUFACTURED HOUSING, LLC, ET AL.


**\*\*\*\*\*\*\*\*\*\***


APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2005-8744-B
HONORABLE WILLIAM BENNETT, DISTRICT JUDGE


**\*\*\*\*\*\*\*\*\*\***


## ULYSSES GENE THIBODEAUX
## CHIEF JUDGE


**\*\*\*\*\*\*\*\*\*\***


Court composed of Ulysses Gene Thibodeaux, Chief Judge, Jimmie C. Peters, and Elizabeth A. Pickett, Judges.


**WRIT DENIED.**


**Lamont Paul Domingue**
**Voorhies & Labbe**
**P. O. Box 3527**
**Lafayette, LA 70502-3527**
**Telephone: (337) 232-9700**
**COUNSEL FOR:**
    **Defendant/Appellant - Royal Manufactured Housing, LLC**


**Bruce David Beach**
**Ungarino & Eckert, L.L.C.**
**315 South College Road - Suite 239**
**Lafayette, LA 70503**
**Telephone: (337) 235-5656**
**COUNSEL FOR:**
    **Defendant/Appellant - Royal Manufactured Housing, LLC**

**F. Douglas Ortego**
**Juneau Law Firm**
**P. O. Drawer 51268**
**Lafayette, LA 70505-1268**
**Telephone:  (337) 269-0052**
**COUNSEL FOR:**
**Defendant/Appellant - Royal Manufactured Housing, LLC**

**Andrea D. Aymond**
**Riddle & Moreau, L.L.C.**
**P. O. Box 608**
**Marksville, LA 71351**
**Telephone:  (318) 253-4551**
**COUNSEL FOR:**
**Plaintiffs/Appellees - Chad Easterling and Lisa Easterling**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *Chad Easterling, et al. v. Royal Manufactured Housing, LLC, et al.*, 07-192 (La.App. 3 Cir. _____/07), ___ So.2d ___, the judgment of the trial court is affirmed. Costs are assessed to Royal Manufactured Housing, LLC.

**WRIT DENIED.**